## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 28, 2011

No. 08-50424
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ROBERT LEE MORRISON,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:00-CR-62-ALL

Before GARZA, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Robert Lee Morrison, federal prisoner # 04133-180, appeals from the district court's decision granting his motion to modify his sentence under 18 U.S.C. § 3582(c)(2) but giving him less of a sentence reduction than he requested. Because Morrison has completed his term of imprisonment, his appeal is DISMISSED as moot. *See United States v. Boston*, 419 F. App'x 505, 506-07 (5th Cir. 2011).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.